## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 17 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Alonzo Braziel | | |

**DOCKET ENTRY TEXT**

The Order Setting Conditions of Release is amended as follows: The defendant must have a landline telephone installed by Friday, 02/22/08.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|