IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 08 CR 107 |
| ALONZO BRAZIEL | ) | Hon. Elaine E. Bucklo |
| Defendant | ) | |

**ALONZO BRAZIEL'S UNOPPOSED MOTION
TO AMEND CONDITIONS OF PRETRIAL RELEASE TO REMOVE
ELECTRONIC MONITORING BRACELET**

Now comes the Defendant, ALONZO BRAZIEL ("ALONZO"), by and through his attorney, Michael J. Petro, and hereby files this unopposed motion to amend ALONZO's conditions of release to remove electronic monitoring bracelet.  In support of the motion, the defendant states as follows.

1. On February 5, 2008, ALONZO was charged with what is generically referred to as  mortgage fraud.  Alonzo's alleged role in the mortgage fraud was that of a straw purchaser.  On February 14, 2008, ALONZO was released on a $10,000 Unsecured Bond with a condition  that he participate in home detention via an electronic monitor.

2. Since that date, ALONZO has been in full compliance with all conditions of his release.

3. ALONZO is monitored by USPO Pace Morrison.  USPO Morrisson has no objection to the removal of the electronic monitoring bracelet.  The change in that condition would

1

permit ALONZO the opportunity to see his children on the weekends and take on more hours at his place of employment.

3.   Assistant United States Attorney Lisa Noller is not opposed to the proposed modification so long as ALONZO remains on home detention and that he continue to check in with pretrial services as required.

WHEREFORE, ALONZO BRAZIEL respectfully requests that this Court grant Alonzo Braziel's unopposed motion to amend conditions of prertial release to remove electronic monitoring bracelet.


Respectfully submitted,

s/ Michael J. Petro_____
MICHAEL J. PETRO
Attorney for ALONZO BRAZIEL
53 West Jackson Boulevard, Suite 324
Chicago, Illinois 60604
312-913-1111