**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

```
UNITED STATES OF AMERICA        )
            Plaintiff,          )
        vs.                     )   Case No. 08 CR 107
ALONZO BRAZIEL                  )   Hon. Elaine E. Bucklo
            Defendant           )
```

## NOTICE OF MOTION

TO:  AUSA Lisa Noller
     United States Attorney's Office
     219 S. Dearborn St.
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **May 9 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Elaine E. Bucklo,** or any judge sitting in her stead, in the courtroom usually occupied by her in the United State Courthouse, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached:

**ALONZO BRAZIEL'S UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE TO REMOVE ELECTRONIC MONITORING BRACELET**

MICHAEL J. PETRO
ATTORNEY FOR ALONZO BRAZIEL
53 WEST JACKSON BOULEVARD
SUITE 324
CHICAGO, ILLINOIS  60604
312-913-1111

## CERTIFICATE OF ATTORNEY

The undersigned also certifies, that on **May 5, 2008** in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading was served with the district court's ECF system to each person to whom it directed.

/s Michael J. Petro
MICHAEL J. PETRO, Attorney at Law