**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                  Case No.: 1:08−cr−00107
                                                   Honorable Elaine E. Bucklo

, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 26, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo: On April 14, 2009, within the extended time I had allowed defendant to file post−trial motions following the March 12, 2009 jury verdict in this case, defendant filed a five page motion for judgment of acquittal or a new trial, which he describes as a "brief outline" of points justifying his motion. He has never supplemented the motion. As he states in his motion, he essentially wants to preserve rulings on motions or objections made during the trial. I considered each of his arguments at trial and reach the same conclusions as before. Mr. Braziel's motion (435) for a judgment of acquittal or for a new trial is therefore denied.Government's motion for forfeiture [692] is granted as to Alonzo Braziel (17). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.