**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 CR 107-17 |
| | ) | Judge Elaine E. Bucklo |
| ALONZO BRAZIEL, | ) | |
| Defendant, | ) | |

**NOTICE OF APPEAL**

Defendant ALONZO BRAZIEL hereby gives notice that, in the above-captioned

matter, he appeals to the United States Court of Appeals for the Seventh Circuit from this

Court's final judgment entered on OCTOBER 23, 3009.

Respectfully Submitted on Thursday, October 29, 2009.

By His Attorney,

/s Michael J. Petro

MICHAEL J. PETRO #6200721
ATTORNEY FOR ALONZO BRAZIEL
53 WEST JACKSON BLVD.
SUITE 324
CHICAGO, ILLINOIS   60604
312-913-1111

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on  October 29, 2009 I electronically filed the above

NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system to all listed

parties in the case.

Respectfully Submitted on Wednesday, October 29, 2009.


By His Attorney,

/s Michael J. Petro

MICHAEL J. PETRO #6200721
ATTORNEY FOR ALONZO BRAZIEL
53 WEST JACKSON BLVD.
SUITE 324
CHICAGO, ILLINOIS   60604
312-913-1111